

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 18-0637-PSG |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Regina Ann Martin, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District /Calif.** for alleged violation(s) of the terms and conditions of his/**her** [probation] **[supervised release]**; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/**her** burden of establishing by clear and convincing evidence that he/**she** is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **unemployed, absconder status, history of drug**

1  abuse, prior revocation

   and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: history of drug abuse, prior SR revocation, lengthy criminal history

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 1, 2021

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE